UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 02-10268-PBS |
| | ) | |
| (1) TIMOTHY MELLO, and | ) | |
| (2) ERIC ORMAN, | ) | |
| Defendants. | ) | |

**ORDER TO PARTIALLY VACATE
PRELIMINARY ORDER OF FORFEITURE (Document No. 227)**

**SARIS, D.J.,**

The United States of America, having petitioned this Court for an Order to Partially Vacate the Preliminary Order of Forfeiture, with respect to the following real properties *only*:

(a) The real property, with all rights appertaining thereto, located at 1224 Old Fall River Road, Dartmouth, Massachusetts, title to which appears at Book 4651, Page 299, of the Bristol County Registry of Deeds (the "Old Fall River Road Property");

(b) The real property, with all rights appertaining thereto, located at 321 Lake Avenue, Fall River, Massachusetts, title to which appears at Book 3185, Page 268, of the Bristol County Registry of Deeds (the "Lake Avenue Property");

(c) The real property, with all rights appertaining thereto, located at Swan Street, Fall River, Massachusetts, title to which appears at Book 3544, Page 275, of the Bristol County Registry of Deeds (the "Swan Street Property"), and

(d) The real property, with all rights appertaining thereto, located at 70 Fort Street, Fairhaven, Massachusetts, title to which appears at Book 2502, Page 130, of the Bristol County Registry of Deeds (the "Fort Street Property"),

(collectively referred to as the "Real Properties"), and that this Court, being fully advised of the circumstances of this case, it is hereby:

ORDERED that the Preliminary Order of Forfeiture shall be Partially Vacated with respect to the Real Properties *only*, thereby releasing the Real Properties to their respective owners.

DONE AND ORDERED in Boston, Massachusetts, this ___7___ day of __December__ 2010.

_____/s/ Patti B. Saris_____
PATTI B. SARIS
United States District Judge

( without crp )